# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

UNITED STATES OF AMERICA
V.

**RANDAL RONE**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:06CR10008-001
USM Number: 06736-010

William A. McLean
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __Stand. Cond., Standard Cond. # 7, Special Cond.__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | Illegal drug use - marijuana | 11/08/2011 |
| Standard Condition #7 | Illegal drug use - marijuana (03/18, 04/11, 04/25, 05/12, 05/31, 06/08, 07/14, 07/28, 08/22, 08/21, 09/15, 09/30, 10/25, 11/8 (all in 2011) | |
| Special Condition | Failure to complete drug treatment | 11/23/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-8069
Defendant's Date of Birth: XX/XX/1974

Defendant's Residence Address:
XXXXXXXXXXXXXX
Magnolia, AR 71753

Defendant's Mailing Address:
Same as above

January 6, 2012
Date of Imposition of Judgment

/S/ Harry F. Barnes
Signature of Judge

Honorable Harry F. Barnes, Senior United States District Judge
Name and Title of Judge

1/9/12
Date

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 09 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

DEFENDANT: Randal Rone
CASE NUMBER: 1:06CR10008-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **three (3) months, with no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    X before 2 p.m.    February 15, 2012 or _____ .

    X as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL